IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Agnes Carvel Estate, London, England ) <br> by Pamela Carvel, Delaware Ancillary Administrator) <br> Pamela Carvel, Fiduciary-Creditor, on behalf of ) <br>   herself and others similarly situated ) <br>       Plaintiff ) <br>   v. ) <br> Leonard Ross ) <br>   and ) <br> John/Jane Doe 1-20 ) <br> Doe Co. 1-20 ) <br>       Defendants ) | **AMENDED <br> COMPLAINT** <br><br> **DEMAND FOR <br> JURY TRIAL** <br><br> Case No. <br> 07-cv-00238 JJF |

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on August 23, 2007, a true and correct copy and disk of the above Amended Complaint and Amended Appendix was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to:



FILED
SEP 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

   Leonard Ross
   Ross and Matza
   265 Sunrise Highway, Suite 65
   Rockville Centre, New York 11570

I hereby certify that Leonard Ross is a non-resident of Delaware who knowingly and intentionally committed acts and omissions over Delaware assets and effecting Delaware claim issues, in collusion with co-conspirators in Delaware and elsewhere.

Additionally, I hereby certify that on August 24, 2007, copies of the Summons, Amended Complaint, and Amended Appendix, were served via certified mail return receipt to the above party. The return receipt is attached.

August 31, 2007

*Pamela Carvel*
Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd  1 954 524 1909

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LEONARD ROSS
   ROSS + MATZA
   265 SUNRISE HWY STE 65
   ROCKVILLE CENTER, NY 11570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JACK MATZA
C. Date of Delivery: 8-27-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0002 3293 0862

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



CAPAEL
28 OLD BROMPTON RD #158
LONDON SW7 3SS ENGLAND

CLERK OF THE COURT
DELAWARE DISTRICT COURT
844 N. KING ST
WILMINGTON, DE
19801