IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGNES CARVEL ESTATE LONDON, ENGLAND by Pamela Carvel personal representative and Delaware Ancillary Administrator, <br><br> Plaintiff, <br><br> v. <br><br> LEONARD ROSS, JOHN/JANE DOE 1-20, and DOE CORP. 1-20, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civ. Action No. 07-238-JJF <br> : <br> : <br> : <br> : <br> : |

**ORDER**

At Wilmington this ___1___ day of October, 2007, the Complaint in the above-captioned case having been filed on May 2, 2007;

IT IS ORDERED that, on or before **November 23, 2007**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process, pursuant to Fed. R. Civ. P. 4.

_____
UNITED STATES DISTRICT JUDGE