# Pamela Carvel
28 Old Brompton Road, Suite 158
London, SW7 3SS, England, U.K.     **US TEL/FAX fwd 1 954 524 1909**

October 15, 2007

United States District Judge Joseph J. Farnan, Jr.
United State District Court for Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801



**RE:    07-cv-00238-JJF, CARVEL v ROSS; SERVICE OF PROCESS**

Dear Judge Farnan,

I write in response to your Order of October 1, 2007 (Docket #6) that I show cause why this matter should not be dismissed for failure to serve process. I thought that I had served process within "Fed. R. Civ. P. 4" when I filed my Certificate of Service with the court clerk (Docket #5).

I am a *pro se* litigant in this matter. Although I have learned a great deal watching the legal machinations against my family, I have not training in law.

I read the Federal Rules of Civil Procedure Rule 4 as well as the Delaware District Court's Local Rules Rule 4.1, and the Delaware Code. I called the District Court, but the clerk was unable to tell me whether the method of service is limited in any way for the Amended Complaint and Summon after the Waiver of Service was not returned. Therefore, for financial reasons I chose the mail with return receipt method that I believed complied with the Federal Rules, Delaware Local Rules and Delaware Code.

I based my understanding of service on the defendant as a non-resident in Delaware as follows:
FRCP Rule 4 (c) (2): service by a U.S. Postal Service employee qualified as service by a non-party;
FRCP Rule 4 (e) (1): service was pursuant to the laws of Delaware, where the District Court is located (see Local Rule below);
FRCP Rule 4 (l): proof of service was provided by U.S. Postal Service Return Receipt postcard that was provided with my Certificate of Service (Local Rule 5.2 (a)) to the District Court Clerk (Docket #5) as required by the Local Rules 4.1 (b) referring to Delaware law;
FRCP Rule 4 (m): service by mail was made within 120 days of the original filing;
Delaware Local Rules 4.1(b): service of summons on a non-resident pursuant to 10 DEL. C. § 3104 – "Personal jurisdiction by acts of nonresidents"; applicable sub-sections being (c) (3), (e), (f), or possibly (g) if delivery was refused.

**Pamela Carvel**
28 Old Brompton Road, Suite 158
London, SW7 3SS, England, U.K.    US TEL/FAX fwd 1 954 524 1909

It was my understanding based on the above and my conversation with the court clerk that good service was completed with my filed Return Receipt postcard with my Certificate of Service.

If I made a mistake, I am here enclosing another Summons form and request that the Clerk re-issue a Summons to be served by a process server in person at the business address of Leonard Ross, attorney, if in-person method is the only one required before November 23, 2007.

Thank you for your patience and understanding.

Yours truly,

*Pamela Carvel*

Pamela Carvel


cc:    Leonard Ross by fax and Air Mail