IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGNES CARVEL ESTATE LONDON, ENGLAND by Pamela Carvel personal representative and Delaware Ancillary Administrator,<br><br>         Plaintiff,<br><br>     v.<br><br>LEONARD ROSS, JOHN/JANE DOE 1-20, and DOE CORP. 1-20,<br><br>         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civ. Action No. 07-238-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this 5 day of December, 2007, the Complaint in the above-captioned case having been filed on May 2, 2007, Plaintiff previously having been ordered to show cause why this case should not be dismissed for failure to serve process, and Defendant, Leonard Ross having been served on November 6, 2007 (D.I. 11);

IT IS ORDERED that the record reflects Defendant Leonard Ross has been served, and, therefore, cause has been shown why this cause should not be dismissed.

*[signature]*
UNITED STATES DISTRICT JUDGE