
ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Agnes Carvel Estate, London, England ) | |
| by Pamela Carvel, Delaware Ancillary Administrator) | |
| Pamela Carvel, Fiduciary-Creditor, on behalf of ) | **AMENDED** |
| herself and others similarly situated ) | **COMPLAINT** |
| Plaintiff ) | |
| v. ) | **DEMAND FOR** |
| Leonard Ross ) | **JURY TRIAL** |
| and ) | |
| John/Jane Doe 1-20 ) | Case No. |
| Doe Co. 1-20 ) | 07-cv-00238 JJF |
| Defendants ) | |

### PLAINTIFFS' MOTION TO STAY PENDING DISCOVERY

Plaintiffs by Pamela Carvel hereby move this Court to stay this proceeding

pending discovery because of substantive material facts misrepresented by Defendant to

seek dismissal. The grounds for this Motion and supporting arguments from first hand

knowledge and law are in the accompanying Affidavit of Pamela Carvel opposing

Defendants' Motion to Dismiss and supporting Plaintiffs' Motion to Stay Pending

Discovery.

December 6, 2007

Pamela Carvel, appearing *pro se* for lack of funds
28 Old Brompton Road, Suite 158
London W7 3SS England, U.K.
US tel/fax 1 954 524 1909

2007 DEC 10 AM 9: 51

DISTRICT OF DELAWARE
CLERK U.S. DISTRICT COURT
FILED

**Customs Copy**

# FedEx Express — International Air Waybill

**1 From**

Date 12.03.03

Sender's FedEx Account Number

Sender's Name CARVE L

Phone 03 07 21 1726

Company MAIL BOX'S ETC

Address 455-455 STRAND

City LONDON   State/Province

Country GB   Postal Code WC2R

Sender's VAT/EORI Number

**2 To**

Recipient's Name CLERK

Company DISTRICT COURT OF DELAWARE

Address 844 N. KING ST

State/Province   Zip/Postal Code 19801

City WILMING TON   DE

Country USA

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages 1   Total Weight 0.5   DIM   Harmonized Code   Country of Manufacture

Commodity Description DOCUMENTS

BUSINESS DOCUMENTS

Value for Customs: NCV

**4 Express Package Service**

- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**5 Packaging**

- [ ] FedEx Envelope
- [X] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other
- [ ] FedEx 10kg Box*
- [ ] FedEx 25kg Box*

**6 Special Handling**

- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7a Payment Bill transportation charges to:**

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Cheque

**7b Payment Bill duties and taxes to:**

- [ ] Sender
- [X] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Cheque

**8 Your Internal Billing Reference** 77881

**9 Required Signature**

FedEx Tracking Number 8608 5612 2293 0460

Origin Station ID LHA   Destination Station ID XS   UHSA Routing RWA

532

Form ID No.

Tracking Number 860856122293   860856122293   860856122293

Non-Negotiable International Air Waybill © 1994-2005 FedEx

PACKAGE LABEL   COMMERCIAL INVOICE LABEL   DELIVERY RECORD LABEL   DELIVERY REATTEMPT LABEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Agnes Carvel Estate, London, England ) | |
| by Pamela Carvel, Delaware Ancillary Administrator) | |
| Pamela Carvel, Fiduciary-Creditor, on behalf of ) | **AMENDED** |
| herself and others similarly situated ) | **COMPLAINT** |
| Plaintiff ) | |
| v. ) | **DEMAND FOR** |
| Leonard Ross ) | **JURY TRIAL** |
| and ) | |
| John/Jane Doe 1-20 ) | Case No. |
| Doe Co. 1-20 ) | 07-cv-00238 JJF |
| Defendants ) | |
| ) | |

## ORDER

The Court, having considered Plaintiffs' Motion to Stay Pending Discovery and

good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the

Motion is GRANTED and that the proceeding is stayed pending discovery.

_____
United States District Judge

# FedEx. Express® International Air Waybill

Customs Copy

**1 From**

Date 12.03.03

Sender's FedEx Account Number 2145-9012-5

Sender's Name: CARULL

Company: MAIL BOX'S ETC

Phone: 0207 275 1720

Address: 456-458 STRAND

City: LONDON

Country: GB

Sender's VAT/EORI Number

**2 To**

Recipient's Name: CREEK

Phone: 1 202 175 1720

Company: DIRECTOR DT FLAMMART

Address: 844 N KING ST

City: WILMINGTON

State/Province: DE

Country: USA

Postal Code: 19801

**3 Shipment Information**

Total Packages: 1

Total Weight: 0.5

Commodity Description: BUSINESS DOCUMENTS

**4 Express Package Service**

FedEx Intl. Priority

FedEx Intl. First

**5 Packaging**

FedEx Envelope

**6 Special Handling**

**7a Payment** Bill transportation charges to:

Sender

**7b Payment** Bill duties and taxes to:

Recipient

**8 Your Internal Billing Reference**

1881

**9 Required Signature**

Form 5322

Origin Station ID: WPA

FedEx Tracking Number: 8608 5612 2293 0460

Destination Station ID: XG