

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Agnes Carvel Estate, London, England )<br>  by Pamela Carvel, Delaware Ancillary Administrator)<br>Pamela Carvel, Fiduciary-Creditor, on behalf of   )<br>  herself and others similarly situated               )<br>              Plaintiff                                                  )<br>      v.                                                                      )<br>Leonard Ross                                                     )<br>      and                                                                  )<br>John/Jane Doe 1-20                                            )<br>Doe Co. 1-20                                                       )<br>              Defendants                                              )<br>                                                                              ) | **AMENDED**<br>**COMPLAINT**<br><br>**DEMAND FOR**<br>**JURY TRIAL**<br><br>Case No.<br>07-cv-00238 JJF |

## PRAECIPE

PLEASE ISSUE a *subpoena duces tecum* to the Sheriff of New Castle County,

directing him to serve said *subpoena duces tecum* along with a copy of the attached

Document Demand upon the Defendants at the address listed below:

> Sean Brennecke
> Bouchard Margules & Friedlander P.A.
> 222 delaware Avenue, Suite 1400
> Wilmington, DE 19801
> 305-573-3500

compelling production of the following documents by Defendants within 20 days to:

> Pamela Carvel
> 28 Old Brompton Road, Suite 158
> London SW7 3SS England U.K.
> US tel/fax 1 954 524 1909



DOCUMENTS DEMANDED:

The following documents may be produced in paper form or as scanned images on Zip100 disk or CD with ".pdf", ".tif", ".exe" or ".max" file extensions. If the file format is unreadable, production of the original paper document will be requested.

Leonard Ross, his firm, his agents, and employees, are requested to provide the following that are within their possession or control:

1. All documents relating to the following Delaware corporations and their subsidiaries, including but not limited to: correspondence, assets, disbursements, income, valuation of stock, sale of stock, sale of assets, disposition of the sale proceeds, stock transfers, stock powers, stock ownership, subsidiary corporations, resolutions, minutes, officers, directors, shareholders, legal fees, salaries, commissions, etc.:

>    Carvel Corp.
>    Franchise Stores Realty
>    CCCC Holding Corp.
>    All American Sports City
>    Andreas Distributors Inc.
>    Action 800 Inc.
>    Kingdom of Pam, Inc.
>    Chauncey Advertising Inc.
>    Andreas Holdings Corp.

2. All documents relating to the so-called Thomas Carvel Charitable Remainder Unitrust, including but not limited to: correspondence, documents relating to Carvel Corp. stock, valuation of original funding, valuation for all other years, income, disbursements, legal fees, commissions, stock certificates, stock powers, authorization for trust funding, authorization for stock transfer, trust accountings from 1989 to present, minutes, resolutions, etc.

3. Copies of all correspondence, agreements, stipulations, contracts, decisions or other actions regarding or effecting any of the above entities, including but not limited to: valuations, assets, ownership, control, asset transfer, asset location, income, disbursements, legal fees, etc.

4. All tax returns, financial statements, accountings, ledgers, etc. regarding any of the above entities.

5. The names and contact details of all attorneys who acted in any capacity regarding the above entities or who received payments by or on behalf of these entities.
;

December 6, 2007

*Pamela Carvel*
Pamela Carvel

## FedEx International Air Waybill

**1 From**
Date: 11.07.07
Sender's Name: CARVEL
Phone: (0)7929171262
Company: MAIL BOX'S ETC
Address: 454-458 STRAND
City: LONDON
Country: GB
Postal Code: WC2R

**2 To**
Recipient's Name: QLIEK
Company: DIRKTOURT DELAWARE
Phone: 1-202-736170
Address: 844 N KING ST
Address: FIFTH FLRS
City: WILMINGTON
State/Province: DE
ZIP/Postal Code: 19801
Country: USA

**3 Shipment Information**
Total Packages: 1
Total Weight: 0.5 kg
Commodity Description: BUSINESS DOCUMENTS
Country of Manufacture: UK
Value for Customs: NCV
Total Declared Value for Carriage: NCV

**4 Express Package Service:** FedEx Intl. Priority

**5 Packaging:** FedEx Envelope

**7a Payment Bill transportation charges to:** Sender

**7b Payment Bill duties and taxes to:** Recipient

**8 Your Internal Billing Reference:** 11331

FedEx Tracking Number: 8608 5612 2293 0460

Origin Station ID: LKSA
Destination Station ID: XB
URSA Routing: 2WIA

Form ID No.: 532