IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

AGNES CARVEL ESTATE, London England by
PAMELA CARVEL, Delaware Ancillary
Administrator PAMELA CARVEL, Fiduciary-
Creditor, on behalf of herself and others similarly
situated,

        Plaintiff,

-against-

LEONARD ROSS and
JOHN/JANE DOE 1-20
DOE CO. 1-20

        Defendants.

---

Case No. 07-cv-00238-JJF

## DEFENDANT'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF EVE RACHEL MARKEWICH

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eve Rachel Markewich, of Markewich and Rosenstock LLP, 8 East 41st Street, Fifth Floor, New York, New York 10017 to represent defendant Leonard Ross.

{BMF-W0085655.}

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
David J. Margules (I.D. No. 2254)
Sean M. Brennecke (I.D. No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

*Attorneys for Leonard Ross and John/Jane Doe-20 Doe Co. 1-20*

DATED: March 3, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon filing of this motion.

Date: February 27, 2008

Signed: *Eve Rachel Markewich* (signature)
Eve Rachel Markewich
Markewich and Rosenstock LLP
8 East 41st Street. Fifth Floor
New York, New York 10017
(212) 542-3156

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, copies of **Defendant's Motion and Order For Admission Pro HacVice of Eve Rachel Markewich** was served in the manner indicated below:

### By Federal Express

Ms. Pamela Carvel
23 Old Brompton Road
Suite 159
London SW7 3SS
England

/s/ Sean M. Brennecke
David J. Margules (#2254)
Sean M. Brennecke (#4686)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com
Attorneys for Defendant Leonard Ross