IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AGNES CARVEL ESTATE, London,      :
England by Pamela Carvel,         :
Delaware ancillary                :
administrator, and PAMELA         :
CARVEL, Fiduciary-Creditor        :
on behalf of herself and          :
others similarly situated,        :
                                  :
         Plaintiffs,              :
                                  :
    v.                            : Civ. Action No. 07-238-JJF
                                  :
LEONARD ROSS, JOHN/JANE DOE       :
1 through 20, and DOE CORP.       :
1 through 20,                     :
                                  :
         Defendants.              :

## O R D E R

IT IS THEREFORE ORDERED that:

1.  Defendant Leonard Ross' Motion To Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) is **GRANTED**.  (D.I. 10.)

2.  Plaintiffs' Motion To Stay Pending Discovery is **DENIED**. (D.I. 13.)

3.  Plaintiffs' Praecipe **WILL NOT** issue.  (D.I. 16.)

4.  On or before **August 1, 2008**, Plaintiffs shall **SHOW CAUSE** why John/Jane Doe 1 through 20 and Doe Corp. 1 through 20 should not be dismissed as Defendants for failure to identify and

failure to serve process upon them as required by Fed. R. Civ. P.
4.

July 17, 2008
_____
DATE

_____
UNITED STATES DISTRICT JUDGE